

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00169-CV

**TED BOOHER AND RAPID
ENVIRONMENTAL SERVICES, LLC,**

                                                        **Appellant**

 **v.**

**HEARNE BUSINESS PARK, LLC,**

                                                        **Appellee**

_____

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 08-05-18,113-CV**

## MEMORANDUM  OPINION

The parties have filed a "Joint Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).  It states that the parties have settled all matters between them and that they jointly request dismissal of this appeal.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The appeal is dismissed.

                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed December 8, 2010
[CV06]